# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MADDIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED INSURANCE COMPANY OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 2:13-CV-00827-KJD-NJK <br><br> **ORDER** |

Before the Court is Defendant Allied Insurance Company of America's ("Allied") Motion for Leave to File an Amended Answer (#18). The motion is timely and unopposed. Further, Rule 15 states that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Having reviewed the motion, and good cause appearing, the Court **HEREBY GRANTS** Defendant's Motion for Leave to File an Amended Answer (#18). Defendant must file its amended answer within five days of the entry of this Order.

DATED this 4th day of November 2013.

_____
Kent J. Dawson
United States District Judge