# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MADDIN, INC., | |
| Plaintiff(s), | Case No. 2:13-cv-0827-KJD-NJK |
| vs. | ORDER DENYING STIPULATION FOR EXTENSIONS |
| ALLIED INSURANCE COMPANY OF AMERICA, | |
| Defendant(s). | (Docket No. 28) |

Pending before the Court is a stipulation to extend various discovery deadlines. Docket No. 28. On November 8, 2013, the Court granted a previous stipulation to extend deadlines based on the fact that Mr. Maddin is living in Mexico and the parties were in the process of scheduling an agreeable date for him to travel to the United States to be deposed. *See* Docket No. 25; *see also* Docket No. 24. The pending stipulation seeks a further extension because Mr. Maddin's doctor has indicated that he should not fly. *See* Docket No. 28 at 3. The date when Mr. Maddin will be able to fly appears to be uncertain. *See id.* The parties do not indicate whether they have discussed the possibility of deposing Mr. Maddin in Mexico, however, which may minimize the delay in discovery in this case. Accordingly, the parties should confer on that possibility. To the extent an extension is still required, the parties may seek one with the Court no later than December 16, 2013. At this time, however, the pending stipulation to extend is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: December 9, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge