1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                          * * *

7      MADDIN, INC.,                                Case No. 2:13-CV-827-KJD-NJK

8                                 Plaintiff,

9            v.
                                                              ORDER
10     AMCO INSURANCE COMPANY OF
       AMERICA, et al.,
11
                                  Defendants.
12

13

14

15          The Court has received a notice of settlement in this matter (#58). Accordingly, the two

16     pending motions (##39, 40) are **HEREBY DENIED** without prejudice. Further, on or before

17     March 12, 2015, the parties must file either the necessary stipulations and/or proposed orders

18     seeking dismissal of this matter with prejudice, or a status report indicating why such stipulations

19     and proposed orders have not been filed.

20

21     DATED this 15th day of January 2015.

22

23

24                                                  _____

25                                                  Kent J. Dawson
                                                    United States District Judge
26