CHRISTINE M. EMANUELSON, ESQ.
Nevada Bar No. 10143
**HINES CARDER LLP**
6952 Encore Way
Las Vegas, Nevada 89119
TEL: (702) 933-7829
FAX: (702) 974-1709
cemanuelson@hinescarder.com

Counsel for Defendant,
**AMCO INSURANCE COMPANY**

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| MADDIN, INC., a Nevada Corporation, | CASE NO.: 2:13-cv-00827-KJD-NJK |
| Plaintiff, | |
| vs. | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| ALLIED INSURANCE COMPANY OF AMERICA, a foreign insurance company; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____February 12_____, 2015        By  _____

                                                                                        HON. KENT J. DAWSON
                                                                                        United States District Judge

1
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE